1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  TOM MARK FRANKS, SR.,                2:05-cv-0078-MCE-GGH-P

12          Plaintiff,

13      v.                               ORDER

14  MEDICAL DEPT. OF CA. DEPT.
    OF CORRECTIONS, ET AL.,

15          Defendants.

16  _____/

17      Plaintiff, a state prisoner proceeding pro se, has filed

18  this civil rights action seeking relief under 42 U.S.C. § 1983.

19  The matter was referred to a United States Magistrate Judge

20  pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21  262.

22      On November 9, 2005, the magistrate judge filed Findings and

23  Recommendations herein which were served on Plaintiff and which

24  contained notice to Plaintiff that any Objections to the Findings

25  and Recommendations were to be filed within twenty (20) days.

26  ///

Plaintiff has not filed Objections to the Findings and
Recommendations.

The Court has reviewed the file and finds the Findings and
Recommendations to be supported by the record and by the
magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
that:

1.  The Findings and Recommendations filed November 9, 2005,
are adopted in full; and

2.  This action is dismissed without prejudice.

DATE: January 11, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE